





RECEIVED
FEB - 4 2020
U.S. District Court
Eastern District of MO

**United States District Court Eastern District Of Missouri**
111 South 10th Steet
St. Louis, Mo 63102
Phone: 314-244-7900
Fax: 314-244-7909

From: **LaVante Bey** Sui Juris, in Propria Persona Moorish American National –
All Rights Reserved At All Times
**[EX RELATIONE: LAVANTE LEWIS]**
1906 Destrehan Steet St Louis, Mo 63107

---

# ～ Notice of Removal ～

**BILL OF ATTAINDER / CONTRACT CASE#: 19SL-CR06044 19SL-CR06044-01**
**[Constitution Of The United States Of America 1791, Article 1, Section 9, Clause 3]**
**Affidavit of fact, Quo Warranto, Writ of Removal and Information et alia.**
**Notice to principal is notice to agent - Notice to agent is notice to principal U.C.C 1-202.**

**Greetings of peace**

I, LaVante Bey, a living soul, a member of The Moorish American Consulate MACC#000000334 I am the Executor of the LEWIS LAVANTE Trust, and holder in due course. I respectfully ask the courts to move this case to United States District Court Eastern District Of Missouri; pursuant to **28 U.S Code 1455**. Procedure for removal of criminal prosecutions and **rule 12**. Pleadings and Pretrial motion
The Plaintiff violated my right as an Indigenous Aboriginal American National pursuant to **42 U.S. Code 2000bb-1** Free exercise of religion protected and in violation of **18 U.S.C 241**. Conspiracy against rights and **18 U.S.C 242. Deprivation of rights under color of law**

malfeasance in office

---

LaVante Bey, Sui Juris, in Propria Persona Moorish American National – All Rights Reserved At All Times
U.C.C 1-308

  

Pursuant to the judicial authority of the Moorish National Republic Government to carry into full effect the provisions of the 1786 / 1787 Moroccan Empire Treaty of Peace and Friendship before an Article III Court of competent jurisdiction, and enforce the Constitution For The United States of America 1791 as to the restoration of proper and lawful 'due process' under the organic American Republic Constitutional Law principles; the Moorish American National, LaVante Bey, **In Full Life, In Propria Persona[1] Sui Juris[2]**, [ex. Relatione: LAVANTE LEWIS] hereby files this Notice of Removal. The De Jure Moorish American Nationals declare all cases for the said Moorish American National are hereby removed from the OCCUPYING, styled as, "ST. LOUIS COUNTY OF MISSOURI CORPORATION" ("unsanctioned corporate pseudo court[3]") to **United States District Court Eastern District Of Missouri** of competent jurisdiction for Criminal and Civil cases; and the Constitutional Article III 'Court of Record.

## MULTIPLE GROUNDS FOR REMOVAL

**Status[4]:** I, LaVante Bey, In Propria Persona Sui Juris; am an Islamic Moslem Moor, Aboriginal, Indigenous Moorish American[5] National and a Natural Divine Freeholder of this land of America. I domicile in the jurisdiction of my ancestral inherited estate at all times. All of my rights are reserved at all times; whereby I am exercising them now.

---

[1] **In Propria Persona.** In one's own proper person. Pl. 91. Black's Law Dictionary rev. 4th ed. p. 899, 900 (1968)

[2] **Sui Juris.** Lat. Of his own right; possessing full social and civil rights; not under any legal disability, or the power of an-other, or guardianship. Having capacity to manage one's own affairs; not under legal disability to act for one's self. Story, Ag. § 2. Black's Law Dictionary rev. 4th ed. p. 1602 (1968)

[3] **CIVIL ORDERS JULY 4, 2014** Issued to All Members of the Domestic Police Forces, US Marshals Service, the Provost Marshal, Members of the AMERICAN BAR ASSOCIATION and the AMERICAN ARMED SERVICES.

[4] **Status.** Standing, state or condition. Reynolds v. Pennsylvania Oil Co., 150 Cal. 629, 89 P. 610, 612. The legal relation of individual to rest of the community. Duryea v. Duryea, 46 Idaho 512, 269 P. 987, 988. The rights, duties, capacities and incapacities which determine a person to a given class. Campb. Austin 137. A legal personal relationship, not temporary in its nature nor terminable at the mere will of the parties, with which third persons and the state are concerned. Holzer v. Deutsche Reichsbahn Gesellschaft, 159 Misc. 830, 290 N.Y.S. 181, 191. While term implies relation it is not a mere relation. De La Montanya v. De La Montanya, 112 Cal. 101, 115, 44 P. 345, 348, 32 L.R.A. 82, 53 Am.St.Rep. 165. It also means estate, because it signifies the condition or circumstances in which one stands with regard to his property. In the Year Books, it was used in this sense; 2 Poll. & Maitl. Hist, E. L. 11. Black's Law Dictionary rev. 4th ed. p. 1580 (1968)

[5] **American:** n. an Aboriginal or one of the various copper-colored natives found on the American Continent by the Europeans; the original application of the name. Webster's 1828 American Dictionary of the English language and 1936. Webster's unabridged 20th century dictionary. "Some examples will now be cited from the Americas to illustrate the use of 'negro' and 'black' in English as applied to people of American ancestry." Jack D. Forbes: *Africans and Native Americans, Chp.3. Negro, Black and Moor p. 85* ¶ *3.*

---

**LaVante Bey,** Sui Juris, in Propria Persona Moorish American National – All Rights Reserved At All Times
U.C.C 1-308

  

**Diversity of Nationality**[6]: I, LaVante Bey being Moorish American, I am a Noble freeholder Original Indigenous Autochthonous Moor/Muur[7] of the organic Americas – the Land. By Consanguine Unity I am the descendant of the ancient Moabite Fore-Mothers and Fore-Fathers. My pledge of National, Political, and Spiritual allegiance is to my Moabite / Moorish Nation - being the Archaic Aboriginals / Indigenes of Amexem (the Americas) and stand squarely affirmed upon our Divine Oath to the '**Five Points of Light' - Love, Truth, Peace, Freedom, and Justice.** I am by Birthright Heritage, and Primogeniture, the living Beneficiary, Heir, Jus sanguinis[8] and Jus soli (by right of soil) of the extreme far west Al Moroccan (American) Continents - Land of the Moors Territoria, North America, South America; Central America; including the Adjoining Atlantis Islands (Americana / Ameru / Al Moroc); the Ancient American[9] lands since time immemorial before 1492 European invasion, colonization, occupation, and birthright theft of our lands and identities.

---

[6] **Nationality.** That quality or character which arises from the fact of a person's belonging to a nation or state. Nationality determines the political status of the individual, especially with reference to allegiance; while domicile determines his civil status. Nationality arises either by birth or by naturalization. Black's Law Dictionary rev. 4th ed. p. 1602 (1968)

[7] **Moor,** n More, Maure, L. Maurus a Moor 2. (Hist.) Any individual of the swarthy [dark complexion] races..." [relative to the Albion European] 1895 Noah Webster's International Dictionary of the English Language: being the authentic edition of Webster's unabridged dictionary, comprising the issues of 1864, 1879, and 1884 by Webster, Noah, 1758-1843; "Since moor and moren had also been used for American (Antwerp, 1563, and Brazil, 1550s, 1640s), we can see a pattern where both moor and swart were flexable enough to embrace a broad range of brown to dark brown people." Jack D. Forbes; Africans and Native Americans. Chp. 3. Negro, Black and Moor p. 81 ¶ 3; "I say my client may be a Moor, but he is not a Negro." Abraham Lincoln's case: Dungey v. Spencer (1855) File ID: L00567, as a trial lawyer before president of the UNITED STATES CORPORATION COMPANY. April 17, 1855

[8] **Jus Sanguinis** – Nationality is not determined by one's place born, but having a mother (by blood) who are Nationals of the Nation.

[9] **American:** n. an Aboriginal or one of the various copper-colored natives found on the American Continent by the Europeans; the original application of the name. Webster's 1828 American Dictionary of the English language and 1936. Webster's unabridged 20th century dictionary. "Some examples will now be cited from the Americas to illustrate the use of 'negro' and 'black' in English as applied to people of American ancestry." Jack D. Forbes: *Africans and Native Americans, Chp.3. Negro, Black and Moor p. 85* ¶ 3.

---

**LaVante Bey,** Sui Juris, in Propria Persona Moorish American National – All Rights Reserved At All Times
U.C.C 1-308



**Allodial American National Identification Card**
**Substantive Birthrights**   MACC000000334

Appellation: Lavante Bey
Born Day: ██/██/1992  Natural Person / In Full Life
Ancestral Estate: North, South, Central, Amexem/Africa/America
National Domicile: North America   Race: Asiatic
Mailing Location: Care of 1906 Destrehan Street
St. Louis Missouri Republic [63107]
Nationality: Moorish American
Autograph: _Lavante Bey_

Hair: Brown
Eyes: Brown
Height: 5'10"
Weight: 170 lbs

R T
I H
G E
H M
T B

All Rights Reserved and Retained
Freehold by Birthright, Primogeniture & Inheritance; Aboriginal Native American; Heirs of North America; National People of the Land Divine Law; United States Code of Law - Title 22, Chapter 2, Section 141 of a General and Permanent Character - AA222141; Not Taxed; Constitution Article 1, Section 2, Clause 3; Treaties.



A.L.I.A.H. (7)

I.S.L.A.M.

This Nationality and Identification Card bears the Great Seal of Moroccan Empire. The bearer of this card is a Moorish American National, In Propria Persona, Aboriginal and Indigenous to Northwest Amexem / Southwest Amexem / Northwest Africa / North America - The North Gate, including Central Amexem, South America and the adjoining Islands - Americana.
The bearer of this card is Moslem under the Divine Principles of the GREAT KORAN of Mohammed and all Divine Prophets. Love, Truth, Peace, Freedom and Justice, honors the Divine Laws of Allah, Mohammed, Jesus, Buddha and Confucius. Moorish American Nationals uphold and enforce the Supreme Law - The Divine Principal imbued within the North American Republic Constitution for the United of America and are a citizen of the Moorish Nation - Northwest Africa / Northwest Amexem / North America.
All Office, departments, agents, employees, personnel and assigns, etc., are bound by Oath of uphold and support the Constitution for the United States Republic North America. All statutes, codes, rules, contracts, et al. repugnant to the Constitution are void Ab Initio, pursuant to Nature's Law, Divine Law, and affirmed by Article VI of the Constitution.


**Chronos:**

Day: 25   Month: January   Year: 2020

I Am: _LaVante Bey_
LaVante Bey, Natural Person – In Propria Persona – Authorized Representative; All Rights Reserved – U.C.C. 1-308

*J. Jrs*
LaVante P. Lewis, Signed before me. 2/4/2020.
*Kelly Harrison*

KELLY HARRISON
My Commission Expires
September 25, 2022
St. Louis County
Commission #18779681

---

**LaVante Bey**, Sui Juris, in Propria Persona Moorish American National – All Rights Reserved At All Times
U.C.C 1-308