

# Your Missouri Courts .net

Search for Cases by: Select Search Method

Judicial Links | eFiling | Help | Contact Us | Print     Logon

**19SL-CR06044-01 - ST V LAVANTE LEWIS**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record. If an event is continued or cancelled it will not appear on this calendar.

Displaying **1** thru **1** of **1** scheduled hearings and trials returned for case **19SL-CR06044-01**.

| WEDNESDAY, JANUARY 29, 2020 |||||
|---|---|---|---|---|
| Judge/Commissioner | Time | Day | Setting | Event |
| GLORIA CLARK RENO | 1:00 PM | 1 OF 1 | | Arraignment |
| Event Text: CIRCUIT ARRAIGNMENT NOTICE MAILED |||| Location: DIVISION 00 Room 000 St Louis County |
| Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE  CLAYTON MO |||||

Displaying **1** thru **1** of **1** scheduled hearings and trials returned for case **19SL-CR06044-01**.

Click here to receive MOVANS phone/e-mail notices of future hearings on this case

Case.net Version 5.14.0.17     Return to Top of Page     Released 11/25/2019

 

**Your Missouri Courts .net**

Search for Cases by: Select Search Method

| Judicial Links | eFiling | Help | Contact Us | Print |   Logon

19SL-CR06044 - ST V LAVANTE LEWIS (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution |

This information is provided as a service and is not considered an official court record.

Sort Date Entries: ⊙ Descending  ○ Ascending     Display Options: All Entries

---

**01/15/2020**   Casefile Tranf GrandJury Indmt

Judge Assigned

**01/02/2020**   OCN Filed

**12/20/2019**   Order
EX 1 REFUAL OF SIGN DEF REQUEST TO WAIVE HIS RIGHT TO PROCEED WITH THE ASSISTANCE OF COUNSEL. SO ORDERED: JUDGE JASON D. DODSON
Sound Recording Log Sheet
LAVANTE LEWIS 19SL-CR06044 HEAIRNG TO DETERMINE IF CAN PRECEDE WITHOUT ATTORNEY T 10.15.08 - 10.28.48
Criminal Setting Scheduled
Criminal Setting Held
   Scheduled For: 12/20/2019; 9:30 AM; JASON DAVID DODSON; St Louis County

**12/18/2019**   Filing:
NOTICE OF DISMISSAL FROM DEFENDANT ETC.

**11/12/2019**   Criminal Setting Scheduled
   Associated Entries: 12/20/2019 - Criminal Setting Held
   Scheduled For: 12/20/2019; 9:30 AM; JASON DAVID DODSON; St Louis County
Hearing Continued/Rescheduled
   Hearing Continued From: 11/12/2019; 9:00 AM Criminal Setting
Correspondence Filed
   Filed By: LAVANTE LEWIS

**11/06/2019**   Correspondence Filed

**10/30/2019**   Motion to Withdraw
   Filed By: DAVID ROBERT TRUMAN
Entry of Appearance Filed
ENTRY OF APPEARANCE; Electronic Filing Certificate of Service.
   Filed By: CHRISTINA CARMEN VARCARCEL

**10/15/2019**   Bond-Surety Bond Posted
$25,000.00 PROFESSIONAL BOND POSTED WITH TULLOCK BAIL BONDING SERVICES INC
   Filed By: THELMA JACKSON

# In the CIRCUIT COURT
## Of St. Louis County, Missouri

Plaintiff: State

vs.

Defendant: Lavante Lewis

Date: 11/12/19

Case Number: 19SL-CR06044

Division: 33    Day: Tues

For File Stamp Only
**FILED**
NOV 12 2019
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

## CRIMINAL/TRAFFIC DOCKET MEMO

☐ _____ enters as attorney for Defendant.

☒ Cause continued to ☐ M ☒ T ☐ W ☐ TH ☐ F  12/20/19  at 9:30 a.m./p.m.
   ☐ by State of Missouri  ☐ by Defendant  ☐ by Consent  ☐ by Court
   for ☐ Call Docket  ☐ Indigency Hearing  ☐ Preliminary Hearing (Setting No.: ___)
   ☐ Other: _____  ☐ Plea/Disposition  ☐ Sentencing

☐ Rule 33.05 Release Hearing (Bond Review) on _____ at _____ a.m./p.m.
   ☐ Prosecuting Attorney  ☐ Defendant requests this hearing be continued for the following good cause:

☐ Bench Trial ☐ Jury Trial on _____ at _____ a.m./p.m. (Est. time: ___ days/hrs)
   Pretrial Conference on _____ at _____ a.m./p.m.

☐ Warrant ordered recalled.
☒ Defendant fails to appear  ☐ Warrant requested by State due to Defendant's failure to appear.
   Prior Failures to Appear: _____  ☐ Bond forfeiture date to be set.
☐ Due to Defendant's failure(s) to appear, the Court finds that a warrant is necessary to secure Defendant's appearance. Bond is subject to the conditions set forth in Mo. S. Ct. Rule 33.01(b) and set at recognizance in all cases above unless otherwise indicated herein or on the Bond Conditions Order filed herewith.
   ☐ As the *only* additional condition of release, Defendant shall sign up for Track This Case within 48 hours of release at www.courts.mo.gov.
   ☐ Bond Conditions Order is filed herewith and sets forth additional least restrictive conditions of release.
☐ Defendant referred to Public Defender.
☐ Writ requested. Defendant to be writ in from: _____
☒ Other: CASE SET FOR CALL DOCKET AND ALSO FOR WAIVER OF COUNSEL HEARING.

Defendant: X Refuses TO SIGN

☐ New Address: _____

Defendant's Attorney: _____  Bar No. _____
Address: _____
Phone No. _____  Fax No. _____
Email: _____

SO ORDERED:
Judge: [signature]

Prosecuting Attorney: _____  Bar No. _____
Address: _____
Phone No. _____  Fax No. _____
Email: _____

9/19



In the
# CIRCUIT COURT
## Of St. Louis County, Missouri

Plaintiff: State

vs.

Defendant: Lavante Lewis

Date: 12/20/2019

Case Number: 19SL-CR06044

Division: 33   Day: T

For File Stamp Only

**FILED**
DEC 20 2019
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

## CRIMINAL/TRAFFIC DOCKET MEMO

☐ _____ enters as attorney for Defendant.

☒ Cause continued to ☐ M ☒ T ☐ W ☐ TH ☐ F  2/18/20  at  9  a.m./~~p.m.~~
  ☐ by State of Missouri   ☐ by Defendant   ☐ by Consent   ☐ by Court
  for ☒ Call Docket   ☐ Indigency Hearing   ☐ Preliminary Hearing (Setting No.: ____)
  ☐ Other: _____   ☐ Plea/Disposition   ☐ Sentencing

☐ Rule 33.05 Release Hearing (Bond Review) on _____ at _____ a.m./p.m.
  ☐ Prosecuting Attorney  ☐ Defendant requests this hearing be continued for the following good cause:
  _____

☐ Bench Trial ☐ Jury Trial on _____ at _____ a.m./p.m. (Est. time: _____ days/hrs)
  Pretrial Conference on _____ at _____ a.m./p.m.

☐ Warrant ordered recalled.
☐ Defendant fails to appear  ☐ Warrant requested by State due to Defendant's failure to appear.
  Prior Failures to Appear: _____   ☐ Bond forfeiture date to be set.
☐ Due to Defendant's failure(s) to appear, the Court finds that **a warrant is necessary** to secure Defendant's appearance. Bond is subject to the conditions set forth in Mo. S. Ct. Rule 33.01(b) and set at recognizance in all cases above unless otherwise indicated herein or on the Bond Conditions Order filed herewith.
  ☐ As the *only* additional condition of release, Defendant shall sign up for Track This Case within 48 hours of release at www.courts.mo.gov.
  ☐ Bond Conditions Order is filed herewith and sets forth additional least restrictive conditions of release.
☐ Defendant referred to Public Defender.
☐ Writ requested. Defendant to be writ in from: _____
☐ Other: _____

X  Refuses to Sign
Defendant

☐ _____
New Address

**SO ORDERED:**

_[signature]_
Judge

Defendant's Attorney _____ Bar No. _____
Address _____
Phone No. _____ Fax No. _____
Email _____

Prosecuting Attorney: _[signature]_ DA for C. Vavcacel
APA 65547
Address _____
Phone No. _____ Fax No. _____
Email _____

9/19

**In the**
**CIRCUIT COURT**
**of St. Louis County, Missouri**

STATE OF MISSOURI

vs.

Lavante Lewis
Defendant

Date: 12/20/2019
Case Number: 19SL-CR06044
Division: 77

For File Stamp Only

**FILED**
DEC 20 2019
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

Ex 1

## DEFENDANT'S REQUEST TO WAIVE HIS RIGHT TO PROCEED WITH THE ASSISTANCE OF COUNSEL

Comes now Defendant and requests leave of court to waive his right to proceed with the assistance of counsel in this case, and in support of this request, acknowledges:

1) That the State has charged Defendant with the offense(s) of __Filing False Documents__ a class __D__ (felony) (misdemeanor) [in Count __1__, and _____ a class ____ (felony) (misdemeanor) in Count ____].

2a) That as to Count I, the range of punishment for the charge is from __1__ (days) (months) (years) imprisonment in the (Department of Justice Services) (Department of Corrections) and/or a fine in the amount of $__10,000__, to __7__ (days) (months) (years) imprisonment in the (Department of Justice Services) (Department of Corrections) and/or a fine in the amount of _____.

2b) That as to Count II, the range of punishment for the charge is from _____ (days) (months) (years) imprisonment in the (Department of Justice Services) (Department of Corrections) and/or a fine in the amount of $_____, to ____ (days) (months) (years) imprisonment in the (Department of Justice Services) (Department of Corrections) and/or a fine in the amount of _____.

3) That the court can order that the sentences in Counts I and II be served concurrently (at the same time), or consecutively (one after the other). The total amount of imprisonment that the defendant could receive in this case is _____.

4) That Defendant has a right to a trial by judge or jury on the charge(s).

5) That Defendant has the right to have an attorney represent him/her throughout these proceedings.

6) That if Defendant cannot afford an attorney, the court will appoint him/her an attorney to assist in his/her defense.

7) That Defendant will be bound by the same rules of evidence and procedure as the prosecutor or any attorney that might appear in a similar matter while representing a client.

8) That this court cannot and will not function as his/her attorney — and will not give him/her any legal assistance or advice.

9) That Defendant may request the assistance of counsel at any time during these proceedings even though he/she has waived his/her right to counsel.

10) That the defendant is aware that any recommendations by a prosecuting attorney or other prosecuting official are not binding on the judge and that any such recommendations may or may not be accepted by judge.

11) That if defendant pleads guilty or is found guilty of the charge, the judge is most likely to impose a sentence of confinement.

__Refused to sign__
Defendant

Signed before and witnessed by me this __20__ day of __December__, 201_9_.

_____
Judge

CCM30   Rev. 09/03        WHITE – File        YELLOW – Defendant        PINK – Other

STATE OF MISSOURI }
                  } SS    19SL-MC01040
COUNTY OF ST. LOUIS }

In Division _F_ Circuit Court of St. Louis County

**STATE OF MISSOURI**
**SEARCH WARRANT**

FILED

OCT 09 2019

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

TO ANY POLICE OFFICER OF ST. LOUIS COUNTY, STATE OF MISSOURI, GREETINGS:

WHEREAS, Detective Amanda Joyce DSN 4365, of the St. Louis County Police Department, on the 9th day of October 2019, presented to Judge _Renz_ of 21st Circuit Court, of the County of St. Louis, State of Missouri, his duly verified application and petition in writing as provided by law stating that the vehicle described as:

   2004 Ford F150, Gray in color, Pickup Truck, VIN 1FTRF12W04NA22988, Missouri License Displayed: 1DAZ58, located at 17855 Old Jamestown Road, Florissant, Missouri, 63034

is being used for the purpose of secreting

any and all document evidence (to include but not limited to: handwritten, typed, drawings), any photographic evidence (including but not limited to: printed photographs), any electronic evidence (including but not limited to: cell phones, computers, tablets, USB Storage drives, hard drives, DVDs/CDs used for storage), dark colored briefcase and any all evidence which may constitute evidence of Filing False Documents and Trespassing 1st Degree.

in violation of the laws of the State of Missouri.

   WHEREAS, from the facts set forth in said verified petition and attached affidavit, it is found by me that there is probable cause to believe that the laws of the State of Missouri are being violated at and in and upon the premises described in said petition in the manner charged,

   NOW, THEREFORE, these are to command that the described person, place, or thing be searched and that any of the described property, article, material, substance, or person found thereon or therein be seized and or photographed and copied within (10) ten days after filing of the application, any photographs and copies of photographs or copies of the items may be filed with the issuing court, and giving to such person a receipt for such property, together with a copy of this warrant, or, if no person be found in possession of said property, leaving said receipt and said copy upon the premises searched, and that you thereafter return the property so taken and seized by you, together with a duly verified copy of the inventory thereof with your return to this warrant to this court to be herein dealt with in accordance with law.

WITNESS my hand and seal of this court on the 9th day of October, 2019.

Date: 10:30 AM
Time: 10/9/2019

_____
(Judge)

RETURN AND INVENTORY

I, *Detective Joyce*, being a peace officer within and for the aforesaid county, to-wit: __St. Louis County__, do hereby make return to the above and within warrant as follows: that on the _10_ day of _Oct_, 2019 and within ten days after issuance of said warrant, I went to the location and premises described therein, and that upon said premises I discovered the following personal property described in the warrant, which I then and there took into my possession:

> laptop in black carry case
> documents
> cell phone
> receipts

that I made this inventory in the presence of the person from whose possession I took said property (that there was no person present from whose possession said property was taken); that I delivered to such person a receipt for the property taken, together with a copy of this warrant (that, there being no person in possession of said property present on said premises, I left a copy of this warrant with a receipt for the property taken, in a conspicuous place on said premises); that I have now placed said property so taken in the possession of this court.

_Det. Joyce 4365_
St. Louis County Police Department

Subscribed and sworn to before me this _10_ day of _Oct_ 2019.

Date: _10/10/19_

Time: _12:00_

Must be returned to the Prosecuting Attorney's Office within 48 hours

 

**Colonel Jon M. Belmar**
*Chief of Police*
7900 Forsyth Boulevard
St. Louis, Missouri 63105
Voice/TTY (314) 889-2341

To Whom It May Concern:

Regarding your request for a copy of the above-noted police report(s), we are unable to provide it to you because:

☐ Report cost is $6.50 per report, which must be paid in advance by check or money order, payable to St. Louis County Treasurer.

We are unable to locate the concerned incident because:

☐ 1. You have not included the report number, or the number submitted is in error, please contact your insured for the correct report number.
☐ 2. The names you submitted are not in our computer; therefore, we suggest you check with your insured.
☐ 3. The incident may have been handled by a municipal department. Please contact

_____

☐ 4. No police report was written.
☐ 5. The number you submitted is an incorrect number for our Department.

The report you are requesting cannot be released because:

☐ 1. Your reason for wanting the report does not comply with the requirements under the Sunshine Law to obtain a copy of this closed report.
☐ 2. The report you requested is a closed report under the Sunshine Law. To obtain a copy, you must indicate why the report is needed and your involvement in the report.
☐ 3. To receive a copy of this report, you must complete the enclosed form, have it notarized and return it to us with the correct fee for the report.
☐ 4. The case is a closed criminal case that will require a court order signed by a judge before this report can be released.
☐ 5. The case involves a juvenile which will require a signed release from Juvenile Court before the report can be released.
☒ 6. This case is an active law enforcement investigation.
☒ 7. Pursuant to Chapter 610, RSMo, Missouri Sunshine Law, we are only able to release an incident report. The investigative portion of this incident will be redacted.

Please correct this situation and reapply for the report copy. Mail your request to: St. Louis County Police Department, Bureau of Central Police Records (Report Sales), 7900 Forsyth Blvd, St. Louis, Missouri 63105.

Should you have any questions regarding this matter, please do not hesitate to call 314-615-5317 and ask for a records clerk.

Sincerely,

LIEUTENANT CRAIG MOLDEN
Commander
Bureau of Central Police Records

CM:mw
K02200A (01/20)



*"Committed to Our Citizens Through Neighborhood Policing"*

Date/Time Printed: 02/03/2020 11:41:18
Printed By / Reason: 4228 / LAVANTE BEY

19-47562

# SAINT LOUIS COUNTY POLICE DEPARTMENT
## INCIDENT REPORT
## 19 - 47562 - ORIGINAL

### INCIDENT DATA

| | | | |
|---|---|---|---|
| Offense | FILING FALSE DOCUMENTS | | |
| Date/Time Reporting | 09/26/2019 13:58 THURSDAY | Call Received | CITIZEN |
| Juris Reporting | SAINT LOUIS COUNTY | Reporting Dept. | NORTH COUNTY PRECINCT |
| For Jurisdiction | SAINT LOUIS COUNTY | Reporting Officer | 4365 - JOYCE |
| Case Status | ACTIVE | | |

### Dispatch Information

| | | | |
|---|---|---|---|
| Date/Time Received | 09/26/2019 13:58 THURSDAY | Nature | MISC INCIDENT |
| Date/Time Dispatch | 09/26/2019 13:58 THURSDAY | Date/Time Arrival | 09/26/2019 13:58 THURSDAY |
| Unit Num. | 6141 | COGIS | 2160 |
| PCT/Dist | CENTRAL COUNTY PRECINCT | Sector | 3 |

### Respond Location

| | |
|---|---|
| Street Address | 41 CENTRAL AVE S, SAINT LOUIS COUNTY |
| Apt/Suite/Rm # | Location Desc |

### Caller Information

| | |
|---|---|
| Caller Name | |
| Street Address | |
| Apt/Suite/Rm # | Location Desc |
| Phone # | |

### Occurrence Details

| | | | |
|---|---|---|---|
| Date/Time From | 09/20/2019 15:20 FRIDAY | Date/Time To | |
| Premise | GOVERNMT BLDG - PUBLIC (LIBRARY,AIRPORT) | | |
| Street Address | 41 CENTRAL AVE S, SAINT LOUIS COUNTY | | |
| Apt/Suite/Rm # | | Location Desc | |

### Burglary Details

| | | | |
|---|---|---|---|
| Entry Point | | Exit Point | |
| Entry Method | | Tools Used | |

☐ Entry Visible to Patrol?

### Other Agency

Agency/Personnel

### Investigator(s)

| | | | |
|---|---|---|---|
| DSN | 3846 | Jurisdiction | SAINT LOUIS COUNTY |
| Name | SOLL | Unit Assignment | RESEARCH AND ANALYSIS |

### Management

| | | | |
|---|---|---|---|
| Date/Time Entered | 10/09/2019 13:13 WEDNESDAY | Entered By | 4365 - JOYCE |

### Approval Record(s)

| | | | |
|---|---|---|---|
| FINAL APPROVAL | 10/31/2019 12:02 THURSDAY | Approved By | 3982 - MOLL |
| SUPERVISOR REVIEW | 10/28/2019 05:33 MONDAY | Approved By | 3227 - CAVALETTI |

Date/Time Printed: 02/03/2020 11:41:18  
Printed By / Reason: 4228 / LAVANTE BEY

19-47562

## VICTIM BUSINESS INFORMATION

☑ Will Prosecute

| | |
|---|---|
| Business Name | AMERICAN ADVISORS GROUP |
| Business Type | BUSINESS |
| Additional Info | BRENDA PHILLIPS - BPHILLIPS@AAG.COM |

### BUSINESS Address

| | |
|---|---|
| Street Address | 3800 W CHAPMAN, ORANGE COUNTY, CALIFORNIA, 92868 |
| Apt/Suite/Rm # | Location Desc |

### BUSINESS Phone

| | | | |
|---|---|---|---|
| Area Code | 866 | Contact Name | |
| Phone # | 948-0003 | Ext. | 767 |

Date/Time Printed: 02/03/2020 11:41:18  
Printed By / Reason: 4228 / LAVANTE BEY

19-47562

## SAINT LOUIS COUNTY POLICE DEPARTMENT
## INCIDENT REPORT
## 19 - 47562 - SUPPLEMENT #1

### INCIDENT DATA

**Supplement Information**

| | |
|---|---|
| Date/Time Investigation | 10/10/2019 15:38 THURSDAY |
| Supplement Purpose | |

| | | | |
|---|---|---|---|
| Orig. Offense | FILING FALSE DOCUMENTS | | |
| Date/Time Reporting | 09/26/2019 13:58 THURSDAY | Call Received | CITIZEN |
| Juris Reporting | SAINT LOUIS COUNTY | Reporting Dept. | CRIME SCENE |
| For Jurisdiction | SAINT LOUIS COUNTY | Reporting Officer | 3989 - BONNEL |

**Dispatch Information**

| | | | |
|---|---|---|---|
| Date/Time Received | 09/26/2019 13:58 THURSDAY | Nature | MISC INCIDENT |
| Date/Time Dispatch | | Date/Time Arrival | |
| Unit Num. | | COGIS | 2160 |
| PCT/Dist | CENTRAL COUNTY PRECINCT | Sector | 3 |

**Respond Location**

| | |
|---|---|
| Street Address | 41 CENTRAL AVE S, SAINT LOUIS COUNTY |
| Apt/Suite/Rm # | Location Desc |

**Caller Information**

| | |
|---|---|
| Caller Name | |
| Street Address | |
| Apt/Suite/Rm # | Location Desc |
| Phone # | |

**Occurrence Details**

| | | | |
|---|---|---|---|
| Date/Time From | 09/20/2019 15:20 FRIDAY | Date/Time To | |
| Premise | GOVERNMT BLDG - PUBLIC (LIBRARY,AIRPORT) | | |
| Street Address | 41 CENTRAL AVE S, SAINT LOUIS COUNTY | | |
| Apt/Suite/Rm # | | Location Desc | |

**Burglary Details**

| | |
|---|---|
| Entry Point | Exit Point |
| Entry Method | Tools Used |

☐ Entry Visible to Patrol?

**Other Agency**

Agency/Personnel

**Management**

| | | | |
|---|---|---|---|
| Date/Time Entered | 10/10/2019 18:33 THURSDAY | Entered By | 3989 - BONNEL |

**Approval Record(s)**

| | | | |
|---|---|---|---|
| FINAL APPROVAL | 10/29/2019 10:09 TUESDAY | Approved By | 2839 - SCHMOLL |
| SUPERVISOR REVIEW | 10/15/2019 11:45 TUESDAY | Approved By | 2839 - SCHMOLL |

Date/Time Printed: 02/03/2020 11:41:18  
Printed By / Reason: 4228 / LAVANTE BEY

19-47562

# SAINT LOUIS COUNTY POLICE DEPARTMENT
## INCIDENT REPORT
## 19 - 47562 - SUPPLEMENT #2

### INCIDENT DATA

**Supplement Information**

| | | | |
|---|---|---|---|
| Date/Time Investigation | 10/10/2019 12:00 THURSDAY | | |
| Supplement Purpose | CLEARED BY ARREST | | |
| Orig. Offense | FILING FALSE DOCUMENTS | | |
| Date/Time Reporting | 09/26/2019 13:58 THURSDAY | Call Received | CITIZEN |
| Juris Reporting | SAINT LOUIS COUNTY | Reporting Dept. | NORTH COUNTY PRECINCT |
| For Jurisdiction | SAINT LOUIS COUNTY | Reporting Officer | 4365 - JOYCE |

**Dispatch Information**

| | | | |
|---|---|---|---|
| Date/Time Received | 09/26/2019 13:58 THURSDAY | Nature | MISC INCIDENT |
| Date/Time Dispatch | | Date/Time Arrival | |
| Unit Num. | | COGIS | 2160 |
| PCT/Dist | CENTRAL COUNTY PRECINCT | Sector | 3 |

**Respond Location**

| | |
|---|---|
| Street Address | 41 CENTRAL AVE S, SAINT LOUIS COUNTY |
| Apt/Suite/Rm # | Location Desc |

**Caller Information**

| | |
|---|---|
| Caller Name | |
| Street Address | |
| Apt/Suite/Rm # | Location Desc |
| Phone # | |

**Occurrence Details**

| | | | |
|---|---|---|---|
| Date/Time From | 09/20/2019 15:20 FRIDAY | Date/Time To | |
| Premise | GOVERNMT BLDG - PUBLIC (LIBRARY,AIRPORT) | | |
| Street Address | 41 CENTRAL AVE S, SAINT LOUIS COUNTY | | |
| Apt/Suite/Rm # | | Location Desc | |

**Burglary Details**

| | |
|---|---|
| Entry Point | Exit Point |
| Entry Method | Tools Used |

☐ Entry Visible to Patrol?

**Other Agency**

Agency/Personnel

**Management**

| | | | |
|---|---|---|---|
| Date/Time Entered | 10/14/2019 10:21 MONDAY | Entered By | 4303 - STROUP |

**Approval Record(s)**

| | | | |
|---|---|---|---|
| FINAL APPROVAL | 11/06/2019 16:53 WEDNESDAY | Approved By | 2237 - EILERMANN |
| SUPERVISOR REVIEW | 11/05/2019 05:20 TUESDAY | Approved By | 3227 - CAVALETTI |

Date/Time Printed: 02/03/2020 11:41:18  19-47562
Printed By / Reason: 4228 / LAVANTE BEY

**Report Total Vehicle Value - Theft Only**
**Stolen Value**                              **Recovered Value**

Date/Time Printed: 02/03/2020 11:41:18
Printed By / Reason: 4228 / LAVANTE BEY

19-47562

Date/Time Printed: 02/03/2020 11:41:18            19-47562
Printed By / Reason: 4228 / LAVANTE BEY

# SAINT LOUIS COUNTY POLICE DEPARTMENT
# INCIDENT REPORT
# 19 - 47562 - SUPPLEMENT #3

## INCIDENT DATA

### Supplement Information
| | | | |
|---|---|---|---|
| Date/Time Investigation | 10/10/2019 15:20 THURSDAY | | |
| Supplement Purpose | SEARCH WARRANT | | |
| Orig. Offense | FILING FALSE DOCUMENTS | | |
| Date/Time Reporting | 09/26/2019 13:58 THURSDAY | Call Received | CITIZEN |
| Juris Reporting | SAINT LOUIS COUNTY | Reporting Dept. | NORTH COUNTY PRECINCT |
| For Jurisdiction | SAINT LOUIS COUNTY | Reporting Officer | 4365 - JOYCE |

### Dispatch Information
| | | | |
|---|---|---|---|
| Date/Time Received | 09/26/2019 13:58 THURSDAY | Nature | MISC INCIDENT |
| Date/Time Dispatch | | Date/Time Arrival | |
| Unit Num. | | COGIS | 2160 |
| PCT/Dist | CENTRAL COUNTY PRECINCT | Sector | 3 |

### Respond Location
| | |
|---|---|
| Street Address | 41 CENTRAL AVE S, SAINT LOUIS COUNTY |
| Apt/Suite/Rm # | Location Desc |

### Caller Information
Caller Name
Street Address
Apt/Suite/Rm #   Location Desc
Phone #

### Occurrence Details
| | | | |
|---|---|---|---|
| Date/Time From | 09/20/2019 15:20 FRIDAY | Date/Time To | |
| Premise | GOVERNMT BLDG - PUBLIC (LIBRARY,AIRPORT) | | |
| Street Address | 41 CENTRAL AVE S, SAINT LOUIS COUNTY | | |
| Apt/Suite/Rm # | | Location Desc | |

### Burglary Details
Entry Point      Exit Point
Entry Method      Tools Used
☐ Entry Visible to Patrol?

### Other/Agency
Agency/Personnel

### Investigator(s)
| | | | |
|---|---|---|---|
| DSN | 4130 | Jurisdiction | SAINT LOUIS COUNTY |
| Name | HAYES | Unit Assignment | NORTH COUNTY PRECINCT |
| DSN | 4370 | Jurisdiction | SAINT LOUIS COUNTY |
| Name | ROARTY | Unit Assignment | NORTH COUNTY PRECINCT |

### Management
| | | | |
|---|---|---|---|
| Date/Time Entered | 10/18/2019 14:31 FRIDAY | Entered By | 4365 - JOYCE |

### Approval Record(s)
| | | | |
|---|---|---|---|
| FINAL APPROVAL | 11/06/2019 17:05 WEDNESDAY | Approved By | 2237 - EILERMANN |
| SUPERVISOR REVIEW | 10/28/2019 05:41 MONDAY | Approved By | 3227 - CAVALETTI |

Date/Time Printed: 02/03/2020 11:41:18
Printed By / Reason: 4228 / LAVANTE BEY

19-47562

# SAINT LOUIS COUNTY POLICE DEPARTMENT
## INCIDENT REPORT
## 19 - 47562 - SUPPLEMENT #4

### INCIDENT DATA

**Supplement Information**
| | |
|---|---|
| Date/Time Investigation | 10/14/2019 13:00 MONDAY |
| Supplement Purpose | PROPERTY RELEASE |

| | | | |
|---|---|---|---|
| Orig. Offense | FILING FALSE DOCUMENTS | | |
| Date/Time Reporting | 09/26/2019 13:58 THURSDAY | Call Received | CITIZEN |
| Juris Reporting | SAINT LOUIS COUNTY | Reporting Dept. | NORTH COUNTY PRECINCT |
| For Jurisdiction | SAINT LOUIS COUNTY | Reporting Officer | 4365 - JOYCE |

**Dispatch Information**
| | | | |
|---|---|---|---|
| Date/Time Received | 09/26/2019 13:58 THURSDAY | Nature | MISC INCIDENT |
| Date/Time Dispatch | | Date/Time Arrival | |
| Unit Num. | | COGIS | 2160 |
| PCT/Dist | CENTRAL COUNTY PRECINCT | Sector | 3 |

**Respond Location**
| | |
|---|---|
| Street Address | 41 CENTRAL AVE S, SAINT LOUIS COUNTY |
| Apt/Suite/Rm # | Location Desc |

**Caller Information**
| | |
|---|---|
| Caller Name | |
| Street Address | |
| Apt/Suite/Rm # | Location Desc |
| Phone # | |

**Occurrence Details**
| | | |
|---|---|---|
| Date/Time From | 09/20/2019 15:20 FRIDAY | Date/Time To |
| Premise | GOVERNMT BLDG - PUBLIC (LIBRARY, AIRPORT) | |
| Street Address | 41 CENTRAL AVE S, SAINT LOUIS COUNTY | |
| Apt/Suite/Rm # | | Location Desc |

**Burglary Details**
| | |
|---|---|
| Entry Point | Exit Point |
| Entry Method | Tools Used |

☐ Entry Visible to Patrol?

**Other Agency**
Agency/Personnel

**Management**
| | | | |
|---|---|---|---|
| Date/Time Entered | 10/18/2019 14:32 FRIDAY | Entered By | 4365 - JOYCE |

**Approval Record(s)**
| | | | |
|---|---|---|---|
| FINAL APPROVAL | 11/06/2019 17:07 WEDNESDAY | Approved By | 2237 - EILERMANN |
| SUPERVISOR REVIEW | 10/28/2019 05:42 MONDAY | Approved By | 3227 - CAVALETTI |

Date/Time Printed: 02/03/2020 11:41:18  
Printed By / Reason: 4228 / LAVANTE BEY

19-47562

# SAINT LOUIS COUNTY POLICE DEPARTMENT
## INCIDENT REPORT
## 19 - 47562 - SUPPLEMENT #5

### INCIDENT DATA

**Supplement Information**

| | |
|---|---|
| Date/Time Investigation | 10/22/2019 10:00 TUESDAY |
| Supplement Purpose | NARRATIVE |
| Orig. Offense | FILING FALSE DOCUMENTS |
| Date/Time Reporting | 09/26/2019 13:58 THURSDAY |
| Call Received | CITIZEN |
| Juris Reporting | SAINT LOUIS COUNTY |
| Reporting Dept. | NORTH COUNTY PRECINCT |
| For Jurisdiction | SAINT LOUIS COUNTY |
| Reporting Officer | 4365 - JOYCE |

**Dispatch Information**

| | |
|---|---|
| Date/Time Received | 09/26/2019 13:58 THURSDAY |
| Nature | MISC INCIDENT |
| Date/Time Dispatch | |
| Date/Time Arrival | |
| Unit Num. | |
| COGIS | 2160 |
| PCT/Dist | CENTRAL COUNTY PRECINCT |
| Sector | 3 |

**Respond Location**

| | |
|---|---|
| Street Address | 41 CENTRAL AVE S, SAINT LOUIS COUNTY |
| Apt/Suite/Rm # | |
| Location Desc | |

**Caller Information**

Caller Name  
Street Address  
Apt/Suite/Rm #  
Location Desc  
Phone #

**Occurrence Details**

| | |
|---|---|
| Date/Time From | 09/20/2019 15:20 FRIDAY |
| Date/Time To | |
| Premise | GOVERNMT BLDG - PUBLIC (LIBRARY,AIRPORT) |
| Street Address | 41 CENTRAL AVE S, SAINT LOUIS COUNTY |
| Apt/Suite/Rm # | |
| Location Desc | |

**Burglary Details**

| | |
|---|---|
| Entry Point | |
| Exit Point | |
| Entry Method | |
| Tools Used | |

☐ Entry Visible to Patrol?

**Other Agency**

Agency/Personnel

**Management**

| | |
|---|---|
| Date/Time Entered | 10/25/2019 14:24 FRIDAY |
| Entered By | 4365 - JOYCE |

**Approval Record(s)**

| | | | |
|---|---|---|---|
| FINAL APPROVAL | 11/06/2019 17:09 WEDNESDAY | Approved By | 2237 - EILERMANN |
| SUPERVISOR REVIEW | 10/28/2019 05:43 MONDAY | Approved By | 3227 - CAVALETTI |